IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3102 |
| v. | ) | |
| ERICK XEC-SON, | ) | TENTATIVE FINDINGS ON MODIFIED PRESENTENCE INVESTIGATION REPORT |
| Defendant. | ) | |

    No objections have been filed to the Modified Presentence Investigation Report. I tentatively find that the Modified Presentence Investigation Report is true and accurate. Objections may be made at the time of the sentencing, but no evidence shall be received.

    Dated October 26, 2011.

                      BY THE COURT


                        s/ Warren K. Urbom
                        United States Senior District Judge